RUSS, AUGUST & KABAT
LARRY C. RUSS, State Bar No. 082760
E-mail: lcruss@raklaw.com
IRENE Y. LEE, State Bar No. 213625
E-mail: ilee@raklaw.com
ROBERT F. GOOKIN, State Bar No. 251601
E-mail: rgookin@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard,
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff LegalZoom.com, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware corporation | CASE NO. CV12-10706 JAK (MANx) |
| Plaintiff, | Assigned to The Honorable John A. Kronstadt, Courtroom Roybal 750 |
| vs. | |
| BRENWELL MEDIA, LLC; and DOES 1-10, | **FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BRENWELL MEDIA, LLC JS-6** |
| Defendants. | |

*1. Legalzoom.Proposed Consent Judgment.docx*

**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BRENWELL MEDIA, LLC**

RUSS, AUGUST & KABAT

1    WHEREAS, Plaintiff LegalZoom.com, Inc. ("Plaintiff" or "LegalZoom") is
2    the exclusive and sole owner of the rights in various LEGALZOOM and
3    LEGALZOOM.COM marks in connection with marketing and providing, among
4    other things, self-help legal solutions, self-help legal document services, general
5    legal information, attorney referral services, registered agent services, and legal
6    plan services, including United States Trademark Registration Nos. 3,211,009;
7    3,210,728; 3,210,861; 2,540,549; 3,569,400; and 3,748,170 (collectively, the
8    "LEGALZOOM Marks");

9    WHEREAS, Defendant Brenwell Media, LLC ("Defendant" or "Brenwell")
10   has used and continues to use various names, marks and logos containing the term
11   ZOOM, including, without limitation, BAILZOOM, BAILZOOM.COM,
12   BAILZOOM.NET, BAILZOOMAGENTS.COM, and BAILZOOM
13   NATIONWIDE BAIL BOND SERVICE & DESIGN in connection with
14   advertising and marketing online bail bond services and service providers over the
15   Internet (collectively, the "BAILZOOM Marks") and has a trademark application
16   for BAILZOOM NATIONWIDE BAIL BOND SERVICE & DESIGN, Serial No.
17   85/406,236, pending before the United States Patent and Trademark Office (the
18   "Application");

19   WHEREAS, a dispute has arisen between LegalZoom and Brenwell in that
20   LegalZoom has alleged that Brenwell's use of and attempt to register the
21   BAILZOOM Marks violates LegalZoom's rights in the LEGALZOOM Marks and
22   constitutes, among other things, false designation of origin and unfair competition;

23   WHEREAS, on or about December 14, 2012, LegalZoom commenced the
24   above-captioned action ("Action") against Defendant, alleging claims of trademark
25   infringement, trademark dilution, false designation of origin and unfair
26   competition;

27   ///

28

1. Legalzoom.Proposed Consent Judgment.docx         1

**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BRENWELL MEDIA, LLC**

WHEREAS, LegalZoom and Brenwell have reached a full and final settlement of the Action, which settlement was memorialized in a certain document dated February 4, 2013 (the "Agreement"); and

WHEREAS, the Agreement provides, in pertinent part, that Brenwell consents to the entry of a permanent injunction enjoining use of any references and uses of the term ZOOM, including, without limitation, the BAILZOOM Marks, in any advertisements or other commercial undertakings.

NOW, THEREFORE, it is,

ORDERED, ADJUDGED and DECREED that:

1.     This Court has jurisdiction over the subject matter of this Action and over the parties hereto.

2.     LegalZoom is the owner of the LEGALZOOM Marks, which are valid, enforceable, well-known and highly recognized.

3.     Defendant engaged in distributing, advertising, marketing, promoting, offering for sale and selling services under the BAILZOOM Marks.

4.     Defendant and its officers, members, principals, agents, servants, employees and all persons and entities in active concert or participation with any of them, be and hereby are permanently restrained and enjoined from infringing upon Plaintiff's LEGALZOOM Marks, either directly or indirectly, in any manner, including:

(a)     distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale or selling services related to legal solutions, document services, legal information, attorney referral services, bail bond services, registered agent services or legal plan services under the term ZOOM in any names, advertisements, or other commercial undertakings after March 30, 2013;

///

2

**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BRENWELL MEDIA, LLC**

RUSS, AUGUST & KABAT

(b)  distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale or selling goods or services bearing a mark identical and/or confusingly similar to Plaintiff's LEGALZOOM Marks, such infringing marks including the BAILZOOM Marks, after March 30, 2013;

(c)  filing with the United States Patent & Trademark Office and/or the Trademark Trial and Appeal Board document(s) necessary to voluntarily withdraw and abandon the Application;

(d)  committing any other acts calculated to cause purchasers to believe that Defendant's services are Plaintiff's genuine services or associated with Plaintiff in any way; and

(e)  assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to 5(d) above.

5.  Defendant is liable to LegalZoom for monetary compensation in the amount specified in the Agreement.

6.  Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

7.  The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

8.  The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof.  Except as otherwise provided herein, this Action is fully resolved with prejudice as to Defendant.

///

///

RUSS, AUGUST & KABAT

1. Legalzoom.Proposed Consent Judgment.docx

3

9.     After the Court has entered this Judgment, LegalZoom shall promptly serve a copy of it to Defendant, and LegalZoom shall file with the Court a proof of service thereof within ten (10) days thereafter.

Dated: February 28, 2013

_____
John A. Kronstadt
United States District Judge

RUSS, AUGUST & KABAT

1. Legalzoom.Proposed Consent Judgment.docx

4

**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST BRENWELL MEDIA, LLC**